IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| REYMUNDO ESPINOZA, JR. | § | |
|    *Plaintiff*, | § | |
| | § | |
| V. | § | Civil Action No. 5:20-cv-00008 |
| | § | |
| SCHNEIDER NATIONAL CARRIERS, | § | |
| INC., AND LARRY JOSEPH WILLIAMS | § | |
|    *Defendants*. | § | |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE COURT:

COME NOW Defendants Schneider National Carriers, Inc. and Larry Joseph Williams, and file their Notice of Removal, and would respectfully show unto the Court as follows:

### I.
### PROCEDURAL HISTORY

1. Plaintiff filed suit in Cause No. 2019CVA002401D4, in the 406th Judicial District Court of Webb County, Texas on or about December 4, 2019. Defendant Schneider National Carriers, Inc. was served on December 17, 2019, and filed a timely answer on January 10, 2020. Defendant Larry Joseph Williams was served through The Texas Transportation Commission, and filed an answer on January 16, 2020.

2. Defendants have filed this Notice of Removal within the time period required by 28 U.S.C. § 1446(b).

### II.
### NATURE OF THE SUIT

3. Plaintiff alleges that on or about February 7, 2019, he sustained injuries and damages as a result of a motor vehicle accident that occurred in Laredo, Webb County, Texas.

4. According to Plaintiff's Original Petition, Plaintiff is a citizen of the State of Texas who resides in Webb County, Texas. *See* Plaintiff's Original Petition, paragraph 2.

5. As pleaded by Plaintiff, at all relevant time Defendant Larry Joseph Williams was a citizen of the State of West Virginia, with a domicile at 15 Lawn Drive, Yellow Spring, Hampshire County, West Virginia, 26865. *See* Plaintiff's Original Petition, paragraph 3.

6. Defendant Schneider National Carriers, Inc. is a corporation with its principal place of business in the State of Wisconsin.

7. Defendant Schneider National Carriers, Inc. is a company incorporated under the laws of the State of Nevada.

## III.
## BASIS FOR REMOVAL

8. Removal is proper because there is complete diversity of citizenship between Plaintiff and Defendants.

9. Plaintiff is an individual who resides in Webb County, Texas. *See* Plaintiff's Original Petition,, paragraph 3.

10. Defendant Larry Joseph Williams is an individual who at all relevant times was domiciled in Hampshire County, West Virginia. At all relevant times, Defendant Larry Joseph Williams established his citizenship in the State of West Virginia, where he currently lives. *See* Plaintiff's Original Petition, paragraph 2.

11. Defendant Schneider National Carriers, Inc. is a corporation incorporated under the laws of the State of Nevada, and whose principal place of business has at all relevant times been maintained in the State of Wisconsin.

12. As pleaded by Plaintiff the amount in controversy exceeds $1,000,000.00. *See* Plaintiff's Original Petition, paragraph 23.

## IV.
## VENUE AND JURISDICTION

13. Venue for this removal is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

14. This Court has jurisdiction of this action by virtue of the provisions of 28 U.S.C. § 1332 in that this is a case of complete diversity of citizenship between the parties with the amount in controversy exceeding $75,000.00, exclusive of interest and costs.

## V.
## DEFENDANTS' NOTICE OF REMOVAL IS PROCEDURALLY CORRECT

15. Defendants have attached to this notice all process, pleadings and orders filed in the state court action as required by 28 U.S.C. §1446(a). (*See* **Exhibit A**, Index of Matters Being Filed).

## VI.
## JURY DEMAND

16. Plaintiff made a demand for a jury trial in State District Court. Defendants also made demand for a jury trial in State District Court.

## VII.
## NOTICE TO STATE COURT

17. Defendants will promptly file a copy of this Notice of Removal with the Clerk of the State Court in which this action is pending.

[signature block to follow]

Respectfully submitted,

**CASTAGNA SCOTT L.L.P.**
1120 S. Capital of Texas Highway
Building 2, Suite 270
Austin, Texas 78746
512/329-3290
888/255-0132 fax


By: */s/ Lynn S. Castagna*
    Lynn S. Castagna
    Federal ID No. 21871
    State Bar No. 03980520
    Lynn@texasdefense.com
    Gerry Lowry
    Federal ID No. 6069
    State Bar No. 12641350
    Gerry@texasdefense.com

**ATTORNEYS FOR DEFENDANTS**


# CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served upon the following person(s), in the manner(s) indicated below:

    ***VIA E-SERVICE***
    Paula A. Wyatt
    Gavin McInnis
    Michael Blanchard
    Louis Durbin
    WYATT LAW FIRM, LTD.
    21 Lynn Batts Lane, Suite 10
    San Antonio, Texas 78218

and in accordance with the Federal Rules of Civil Procedure, on the 16th day of January, 2020.


    */s/ Lynn S. Castagna*
    Lynn S. Castagna