Case 5:20-cv-00008   Document 11   Filed on 04/24/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **REYMUNDO ESPINOZA JR.,** | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 5:20-CV-8 |
| **SCHNEIDER NATIONAL CARRIERS, INC.**, *et al*, | § § § § | |
| Defendants. | § | |

# ORDER

On April 24, 2020, Plaintiff Reymundo Espinoza, Jr. and Defendants Schneider National Carriers, Inc. and Larry Joseph Williams filed a self-effectuating, joint "Rule 41(a) Stipulation of Dismissal of Claims Against Defendants" (Dkt. 10). The stipulation (Dkt. 10), which is signed by counsel for all Parties, complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (Dkt. 10 at 1.) Accordingly, this case is hereby DISMISSED WITH PREJUDICE. The Clerk of Court is DIRECTED to TERMINATE this case.

IT IS SO ORDERED.

SIGNED this 24th day of April, 2020.

_____
Diana Saldaña
United States District Judge